# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2337
LT Case No. 2020-16903-CODL

———————————————

GRANADA INSURANCE COMPANY,

Appellant,

v.

CENTRAL FLORIDA MEDICAL AND
CHIROPRACTIC CENTER, INC.
A/A/O JOHN MCDONALD,

Appellee.

———————————————

On appeal from the County Court for Volusia County.
Rachel D. Myers, Judge.

Juan C. Montes, of Montes & Associates Law Firm, PL, Miramar,
for Appellant.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellee.


April 9, 2024


PER CURIAM.

AFFIRMED. *See Mercury Indem. Co. of Am. v. Cent. Florida Med. & Chiropractic Ctr., Inc.*, 48 Fla. L. Weekly D2090 (Fla. 5th DCA Oct. 27, 2023).

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____